UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HAROLD BAJANA,

                        Plaintiff,

-v-

ANDREW SAUL,
Commissioner of Social Security,
                        Defendant.
-----------------------------------------------------------X

18 CIVIL 6020 (BCM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 12, 2020, that Plaintiff's motion for judgment on the pleadings is DENIED and the Commissioner's motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
          March 13, 2020

                                          **RUBY J. KRAJICK**

                                             Clerk of Court
                           **BY:**
                                             **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/2020